## MORTGAGE BANKERS ASSOCIATION, Appellant

v.

**Thomas E. PEREZ, Sued in his official capacity, Secretary of United States Department of Labor, et al., Appellees.**

No. 12–5246.

United States Court of Appeals, District of Columbia Circuit.

April 23, 2015.

David Michael Kerr, Michael W. Steinberg, Morgan, Lewis & Bockius LLP, Washington, DC, Samuel Scott Shaulson, Morgan, Lewis & Bockius LLP, New York, NY, for Appellant.

Anthony John Steinmeyer, Stuart F. Delery, Douglas N. Letter, Esquire, Ronald C. Machen, Jr., Esquire, U.S. Department of Justice Office of the Attorney General, Washington, DC, for Appellees.

Before TATEL and BROWN, Circuit Judges, and SENTELLE, Senior Circuit Judge.

## JUDGMENT

PER CURIAM.

It is, on the court's own motion, **ORDERED** that the judgment issued July 2, 2013, be vacated in light of the opinion of the Supreme Court in *Perez, et al. v. Mortgage Bankers Ass'n, et al.*, —— U.S. ——,

135 S.Ct. 1199, 191 L.Ed.2d 186 (2015). It is

**FURTHER ORDERED and AD-JUDGED** that the order of the District Court denying the Mortgage Banker Association's motion for summary judgment be affirmed.

The Clerk is directed to issue the mandate forthwith.